IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JOSE FERNANDEZ,<br>Defendant. | CRIMINAL NO. 99-178(CC) |

**UNITED STATES OF AMERICA'S MOTION TO WITHDRAW
AS THE ASSISTANT UNITED STATES ATTORNEY
ASSIGNED TO THE CASE**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by its attorneys and very respectfully states and prays as follows:

1. That as of July 9, 2004, AUSA David Rivera is not the Assistant U.S. Attorney responsible for the prosecution of the above referenced case.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of AUSA David Rivera as the attorney responsible for the prosecution of the instant case.

RESPECTFULLY SUBMITTED.

2

In San Juan, Puerto Rico, this 2nd day of February, 2005.

                H.G. GARCIA
                United States Attorney

                s/Sonia I. Torres
                Sonia I. Torres - 209310
                Assistant U. S. Attorney
                Chief, Criminal Division
                Torre Chardón, Suite 1201
                350 Carlos Chardón Street
                Hato Rey, Puerto Rico  00918
                Tel. (787) 766-5656
                Fax (787) 771-4050
                Email: sonia.torres@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

At San Juan, Puerto Rico, this 2nd day of February, 2005.

                s/Sonia I. Torres
                Assistant U.S. Attorney