IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs                                                    CRIMINAL 99-0178CCC

JOSE FERNANDEZ
Defendant

# O R D E R

The United States of America's Motion to Withdraw as the Assistant United States Attorney Assigned to the Case filed on February 2, 2005 (**docket entry 12**) is GRANTED. The Clerk of Court and the parties shall take notice that Assistant U. S. Attorney David Rivera is no longer responsible for the prosecution in this case.

SO ORDERED.

At San Juan, Puerto Rico, on February 23, 2005.


S/CARMEN CONSUELO CEREZO
United States District Judge